ANTHONY CONTE *v.* DWAN LINCOLN-MERCURY, INC.,
ET AL.

The motion by all parties in the appeal from the Court of Common Pleas in Fairfield County at Stamford to "Proceed Under New Rules" having been rendered moot by the adoption of the amendments to the rules of practice, effective October 15, 1974, is dismissed.

*Allan S. Mall, George W. Billings III* and *Edward M. Sheehy,* in support of the motion.

Submitted October 2—decided October 24, 1974

ROBERT A. McAULIFFE ET AL. *v.* NICHOLAS NORTON, COMMISSIONER OF WELFARE, ET AL.

The motion by the defendant children Robert and Eban McAuliffe to expedite the appeal from the Superior Court in Hartford County is granted to the extent that this court will hear the appeal on copies of the record, briefs and appendices, typed or photographically reproduced, subject to subsequent filing of such documents as provided in § 723 of the Practice Book, as amended.

*Richard H. Kosinski,* in support of the motion.

Submitted October 8—decided October 24, 1974

MIKO BROTHERS, INC. *v.* JOHN LUCAS

The plaintiff's "Motion for Waiver of Rule § 716" in the appeal from the Court of Common Pleas in Fairfield County is denied.

*J. Roger Shull,* in support of the motion.

Submitted October 10—decided October 24, 1974